UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANDRA BRINKMAN,                    )
                                    )    Case No. 2:25-cv-02618-WLH-AGR
            Plaintiff,              )
                                    )    **JUDGMENT OF REMAND**
        v.                          )
                                    )
LELAND DUDEK,                       )
Acting Commissioner of             )
Social Security,                    )
                                    )
            Defendant.              )
_____

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 5/13/2025        _____

                        HON. WESLEY L. HSU
                        UNITED STATES DISTRICT JUDGE